**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 04, 2012

Lorne Lynn Armstrong
F.C.I. Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

Re: Case No. 12-6193, *Lorne Armstrong v. NBC Universal Inc.*
Originating Case No. : 1:11-cv-00067

Dear Sir or Madam,

   This appeal has been docketed as case number **12-6193** with the caption that is enclosed on a separate page.  Please review the caption for accuracy and notify the Clerk's office if any corrections should be made.  The appellate case number and caption must appear on all filings submitted to the Court.

   **The Case Manager for this appeal is Bryant Crutcher: 513-564-7013. Please make a note of this information and call this number with any questions that you may have.**

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed.  Copies are no longer necessary.  **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.  You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer.  Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it.  The following forms are due by **October 18, 2012**.

|  |  |
|---|---|
| Appellee: | Appearance of Counsel<br>Disclosure of Corporate Affiliation<br>Application for Admission to 6th Circuit Bar (if applicable) |

   If you do not have pauper status, you have until to either pay the full $455.00 appeal filing fee to the U.S. District Court, or to file a motion in that court to waive the filing fee with a financial affidavit.  **Failure to do one or the other will result in the dismissal of the appeal without further notice**.

The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc:   Hilary Lane

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 12-6193

LORNE LYNN ARMSTRONG

    Plaintiff - Appellant

v.

NBC UNIVERSAL INC.

    Defendant - Appellee.